IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-027-RLV-DCK

| | |
|---|---|
| MAY ELIZABETH CARROLL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For A Stay Of Motion For Summary Judgment Deadline In Light Of Lapse Of Appropriations" (Document No. 16) filed October 1, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion For A Stay Of Motion For Summary Judgment Deadline In Light Of Lapse Of Appropriations" (Document No. 16) is **GRANTED**. This action is hereby **STAYED** until Department of Justice attorneys and Commissioner are permitted to resume their usual civil litigation duties.

**IT IS FURTHER ORDERED** that the parties file a Status Report within ten (10) days of Defendant's counsel resuming usual civil litigation duties. The Status Report shall inform the Court what, if any, case deadlines should be revised.

Signed: October 1, 2013

David C. Keesler
United States Magistrate Judge