# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| May Elizabeth Carroll, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13-cv-00027-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 13, 2014 Order.

June 13, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court